In the Matter of DAVID H. LEHMAN, Appellant. THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK Respondent.

(Submitted February 26, 1934; decided March 6, 1934.)

*Einar Chrystie* for motion.
*David H. Lehman*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

HARRY YOUNG, Respondent, *v.* THEODORE A. SUNDER-MAN, as Acting Property Clerk of the Police Department of the City of New York, Appellant.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 623.)